**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** ) | Case No: | 19-26097 |
| **Brenda Gonzalez** ) | | |
| Debtor, ) | Chapter: | Chapter 13 |
| ) | | |
| ) | Judge: | LaShonda A. Hunt |

**NOTICE OF MOTION**

**To:**   Brenda Gonzalez, 38 Circle Drive East, Montgomery, IL, 60538

Glenn B. Stearns, 801 Warrenville Rd. Suite 650, Lisle, IL, 60532

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

Eric P. Lidtke DDS Ltd., attn: Payroll, 1212 S. Naper Blvd., Ste. 116, Naperville, IL 60540

**PLEASE TAKE NOTICE** that on **March 6, 2020 at 10:15 a.m.**, I shall appear before the Honorable Judge LaShonda A. Hunt in Joliet City Hall, 150 W. Jefferson St. 2nd Floor, Joliet, IL and then and there present the attached **MOTION TO VACATE ORDER FOR PAYROLL CONTROL ENTERED ON 09/18/2019**, a copy of which is attached hereto.

**By:**   /S/ Briana Czajka
Briana Czajka

**CERTIFICATE OF SERVICE**

I, Briana Czajka, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Chicago, Illinois, before the hour of 5:30 p.m., on February 28, 2020.

**By:**   /s/ Briana Czajka
Briana Czajka

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800   (Fax):  877.247.1960

**IN THE UNITED STATES OF BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: ) | Case No: | 19-26097 |
| Brenda Gonzalez ) | | |
| Debtor, ) | Chapter: | Chapter 13 |
| ) | | |
| ) | Judge: | LaShonda A. Hunt |

**MOTION TO VACATE ORDER FOR PAYROLL CONTROL ENTERED ON 09/18/2019**

NOW COMES the Debtor, Ms. Brenda Gonzalez (the "Debtor"), by and through her attorneys, Geraci Law L.L.C., to present her **MOTION TO VACATE ORDER FOR PAYROLL CONTROL ENTERED ON 09/18/2019 PURSUANT TO FED. R. BANKR. P. 9024**, and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).
2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 09/16/2019.
3. The plan was confirmed on 11/15/2019.
4. On 09/18/2019, the payroll control order was entered with the Debtor's consent. See Exhibit A.
5. The Debtor's employer has been withholding from her paycheck but not remitting the payments to the Trustee. The Debtor seeks to pay the Trustee directly moving forward to ensure timely payments.

WHEREFORE, the Debto, Ms. Brenda Gonzalez, prays that this Court enter an order vacating the order for payroll control entered on 09/18/2019 and for such further additional relief that this Court may deem just and proper.

                                            /s/ Briana Czajka
                                              Briana Czajka

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800   (Fax):   877.247.1960